**Opinion issued March 31, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00082-CV

_____

**PRIYANKA BHASIN, Appellant**

**V.**

**SAHIL BEHL, Appellee**

---

**On Appeal from the 387th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 23-DCV-309007**

---

## MEMORANDUM OPINION

Appellant Priyanka Bhasin filed a Motion to Withdraw Appeal asserting that she "no longer desires to pursue the appeal" and requesting that we dismiss the appeal. No cross appeal has been filed and no opinion has issued.

We grant Appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.